UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MACK,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01600 - --- - JLT<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ASSISTANCE IN RETAINING COUNSEL<br><br>(Doc. 2) |

    Plaintiff Jerome Mack requests that the Court provide him assistance in retaining an attorney. (Doc. 2)  Unfortunately, the Court is unable to refer recommend any specific attorney, because doing so could create the appearance of a bias.  However, Plaintiff is referred to the local bar association, which may be able to offer assistance in retaining counsel.  Accordingly, Plaintiff's motion for assistance in retaining counsel is **DENIED**.

IT IS SO ORDERED.

    Dated:  **November 6, 2015**                  **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE