# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME J. MACK, | Case No.: 1:15-cv-01600 --- JLT |
| Plaintiff, | ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al., | ORDER CONTINUING SCHEDULING CONFERENCE |
| Defendants. | |

On October 20, 2015, Plaintiffs filed the instant action. (Doc. 1) The next day, the Court issued the summonses (Docs. 3-5) and its order setting the mandatory scheduling conference to occur on February 8, 2016. (Doc. 6) On November 3, 2016, Plaintiff filed his first amended complaint and the Court issued the summons on November 6, 2015. (Doc. 10) Despite the passage of three months from the filing of the complaint, Plaintiff has not filed proof that he has served process on any of the defendants and no defendant has appeared.

Notably, in its order setting the mandatory scheduling conference, the Court advised:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 6 at 1-2, emphasis added)  Therefore, the Court **ORDERS**,

    1.    **No later than February 15, 2016**, Plaintiff **SHALL** show cause in writing why the matter should not be dismissed for his failure to comply with the Court's order to diligently serve the summons and complaint;

    2.    The scheduling conference, currently set on February 8, 2016, is continued to March 29, 2016 at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **January 25, 2016**           /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE