1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JUDITH A. RECCHIO, State Bar No. 163060
   Supervising Deputy Attorney General
3  MARY HORST, State Bar No. 163069
   Deputy Attorney General
4    2550 Mariposa Mall, Room 5090
     Fresno, CA  93721
5    Telephone:  (559) 477-1672
     Fax:  (559) 445-5106
6    E-mail:  Mary.Horst@doj.ca.gov
   *Attorneys for Defendants California Department of*
7  *Corrections and Rehabilitation, K. Holland, E.*
   *Garcia, B. Sanders, D. Mason and S. McKay*
8
    CURTIS E. ALLEN, ESQ. SBN 187748
9   303 Twin Dolphin Drive, Suite 600
    Redwood City, CA 94065
10  Ph 650 868 6620
    Fax 650 362 1864
11  Curtis.e.allen.esq@gmail.com
    *Attorney for Plaintiff JEROME J. MACK*
12

13                IN THE UNITED STATES DISTRICT COURT

14                FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 | **JEROME J. MACK,** | 1:15-CV-01600 --- JLT |
17 | | |
   | Plaintiff, | **STIPULATION FOR LEAVE TO FILE A** |
18 | | **SECOND AMENDED COMPLAINT AND** |
   | v. | **ORDER GRANTING STIPULATION** |
19 | | |
   | | **(Doc. 38)** |
20 | **CALIFORNIA DEPARTMENT OF** | |
   | **CORRECTIONS AND** | |
21 | **REHABILITATION; K. HOLLAND,** | |
   | **WARDEN; R. GROVES, CHIEF DEPUTY** | |
22 | **WARDEN; E. GARCIA, ASSOCIATE** | |
   | **WARDEN; B. SANDERS, ASSOCIATE** | |
23 | **WARDEN; T. HAAK, CORRECTIONAL** | |
   | **CAPTAIN; CORRECTIONAL** | |
24 | **LIEUTENANT K. WESTERGREN;** | |
   | **CORRECTIONAL LIEUTENANT D.** | |
25 | **MASON; ERO DISCIPLINARY OFFICER** | |
   | **S. MCKAY; STEVEN M. YAPLEE, MD;** | |
26 | **KRISTY WOODS, RN; STATE** | |
   | **PERSONNEL BOARD,** | |
27 | | |
   |                    Defendant. | |
28

                                    1

Pursuant to Federal Rule of Civil Procedure, Rule 15(a), the Parties hereby stipulate that Plaintiff may file a Second Amended Complaint. Said Complaint shall be filed no later than March 29, 2016. Defendants shall have 20 days from the date of filing to file responsive pleadings.

Dated: March 22, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

/S/ *Mary Horst*

MARY HORST
Deputy Attorney General
*Attorneys for Defendants California Department of Corrections and Rehabilitation, K. Holland, E. Garcia, B. Sanders, D. Mason and S. McKay*

Dated: March 22, 2016

____//s  Curtis E. Allen____
Curtis Allen
*Attorney for Plaintiff*

**ORDER**

The Court **GRANTS** the stipulation allowing Plaintiff to file a second amended complaint no later than March 29, 2016. Defendants shall have 20 days from the filing of the second amended complaint to file their responsive pleading(s).

IT IS SO ORDERED.

Dated:   **March 23, 2016**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE