1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
3 | MARY HORST, State Bar No. 163069
Deputy Attorney General
4 |   2550 Mariposa Mall, Room 5090
  Fresno, CA  93721
5 |   Telephone:  (559) 477-1672
  Fax:  (559) 445-5106
6 |   E-mail:  Mary.Horst@doj.ca.gov
*Attorneys for Defendants CDCR & Holland*

7
CURTIS E. ALLEN, ESQ. SBN 187748
8 | 303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
9 | Ph 650 868 6620
Fax 650 362 1864
10 | Curtis.e.allen.esq@gmail.com
*Attorney for Plaintiff JEROME J. MACK*

11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

**JEROME J. MACK,**

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; K. HOLLAND, WARDEN; R. GROVES, CHIEF DEPUTY WARDEN; E. GARCIA, ASSOCIATE WARDEN; B. SANDERS, ASSOCIATE WARDEN; T. HAAK, CORRECTIONAL CAPTAIN; CORRECTIONAL LIEUTENANT K. WESTERGREN; CORRECTIONAL LIEUTENANT D. MASON; ERO DISCIPLINARY OFFICER S. MCKAY; STEVEN M. YAPLEE, MD; KRISTY WOODS, RN; STATE PERSONNEL BOARD,**

Defendant.

Case No.: 1:15-CV-01600

**ORDER ON STIPULATION TO CONTINUE HEARING DATE DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**

(Doc. 57)

1

1  WHEREAS, Defendants' Motions to Dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and (6) and Special Motion to Strike (Anti-SLAPP) pursuant to California Code of Civil Procedure section 425.16 are currently set to be heard by this Court on May 27, 2016; and

WHEREAS, any response to the motion shall be filed within the statutory time provided;

The parties hereby agree to move the hearing date from May 27, 2016, to June 3, 2016, all opposition and reply deadlines to follow from the new hearing date.

Dated:  May 11, 2016    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General


*/s/ Mary Horst*
MARY HORST
Deputy Attorney General
*Attorneys for Defendants*


Dated:  May 11, 2016    ____/s/ *Curtis E. Allen*__
Curtis Allen
*Attorney for Plaintiff*

## ORDER

The stipulation of counsel to continue the hearing on Defendants' motion to dismiss (Doc. 48) and special motion to strike (Doc. 52) is **GRANTED**.  (Doc. 57) The new hearing is **June 3, 2016** at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 12, 2016**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2

Stip. To Move Hearing Date (1:15-CV-01600)