KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
MARY HORST, State Bar No. 163069
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721
  Telephone:  (559) 477-1672
  Fax:  (559) 445-5106
  E-mail:  Mary.Horst@doj.ca.gov
*Attorneys for Defendants CDCR & Holland*

CURTIS E. ALLEN, ESQ. SBN 187748
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Ph 650 868 6620
Fax 650 362 1864
Curtis.e.allen.esq@gmail.com
*Attorney for Plaintiff JEROME J. MACK*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEROME J. MACK,** | 1:15-CV-01600 |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| | **(Doc. 73)** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; K. HOLLAND, WARDEN; R. GROVES, CHIEF DEPUTY WARDEN; E. GARCIA, ASSOCIATE WARDEN; B. SANDERS, ASSOCIATE WARDEN; T. HAAK, CORRECTIONAL CAPTAIN; CORRECTIONAL LIEUTENANT K. WESTERGREN; CORRECTIONAL LIEUTENANT D. MASON; ERO DISCIPLINARY OFFICER S. MCKAY; STEVEN M. YAPLEE, MD; KRISTY WOODS, RN; STATE PERSONNEL BOARD,** | |
| Defendant. | |

///

1

Stip. To Cont. Initial Scheduling Conference (1:15-CV-01600)

WHEREAS, the Initial Scheduling Conference is currently scheduled for September 14, 2016, at 9:00 a.m.;

WHEREAS, counsel for Defendant will be out of the country and not available that date.

The parties hereby agree to continue the Initial Scheduling Conference to September 22, 2016 at 9:00 a.m. or further date which is agreeable to the Court.

Dated:  May 6, 2016                                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/s/ Mary Horst*
MARY HORST
Deputy Attorney General
*Attorneys for Defendants*

Dated:  May 6, 2016                                                    */s/ Curtis Allen*
Curtis Allen
*Attorney for Plaintiff*

**IT IS HEREBY ORDERED THAT:**

The Initial Scheduling Conference is continued to **September 27, 2016 at 8:15 a.m.**

IT IS SO ORDERED.

Dated:   **August 23, 2016**                            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2

Stip. To Cont. Initial Scheduling Conference (1:15-CV-01600)