1  CURTIS E. ALLEN, ESQ. SBN 187748
   303 Twin Dolphin Drive, Suite 600
2  Redwood City, CA 94065
   Ph 650 868 6620
3  Fax 650 362 1864
4  Curtis.e.allen.esq@gmail.com
   *Attorney for Plaintiff JEROME J. MACK*

5
   KATHLEEN A. KENEALY
6  Acting Attorney General of California
   JUDITH A. RECCHIO, State Bar No. 163060
7  Supervising Deputy Attorney General
   MARY HORST, State Bar No. 163069
8  Deputy Attorney General
    2550 Mariposa Mall, Room 5090
9   Fresno, CA  93721
    Telephone: (559) 477-1672
10  Fax: (559) 445-5106
    E-mail: Mary.Horst@doj.ca.gov
11 *Attorneys for Defendants*

12
                    IN THE UNITED STATES DISTRICT COURT
13
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15

| | |
|---|---|
| 16  **JEROME J. MACK,** | 1:15-CV-01600 JLT |
| 17                          Plaintiff, | **STIPULATION AND PROPOSED ORDER GRANTING PLAINTIFF LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| 18       v. | |
| 19 | |
| 20  **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; KIM. HOLLAND, WARDEN,** | **(Doc. 91)** |
| 21 | |
| 22                          Defendant. | |

23

24     Pursuant to Federal Rule of Civil Procedure, Rule 15(a)(2) and this Court's September 16,

25  2016 Scheduling Order (Case Docket No. 83), the parties hereby stipulate by and through their

26  respective counsel of record that the Court may enter an order granting Plaintiff leave to file the

27  Fourth Amended Complaint attached hereto as Exhibit A.

28

The parties believe good cause exists for this stipulation and the requested order.  The Court's Scheduling Order sets January 20, 2017 as the deadline for filing any request for a pleading amendment.  (See Docket No. 83 @ 2:6-2:8.)  The Fourth Amended Complaint includes additional allegations that occur beyond the filing date of the Third Amended Complaint.  (See Exhibit A Fourth Amended Complaint Paragraphs 207 to 227.)  Stipulating that the Court may enter an order allowing the filing of the Fourth Amended Complaint serves judicial economy.

Respectfully submitted,
Curtis E. Allen, Esq.

Dated:  January 18, 2017        ____//s Curtis E. Allen_____
Curtis E. Allen, Esq., Attorney for
Plaintiff Jerome Mack

KATHLEEN A. KENEALY
Acting Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

Dated:  January 18, 2017        ____//s Mary Horst_____
MARY HORST
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based upon the agreement of the parties, the plaintiff may file his Fourth Amended Complaint (attached to the stipulation as Exhibit A) within three court days.

IT IS SO ORDERED.

Dated:  **January 18, 2017**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE